IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GOODY MANLULU PILORIN | ) | CASE NO. 4-07-01230-EWH |
| IBOLYA AMY PILORIN | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | **CHEVRON CREDIT BANK N.A.**<br>**2001 DIAMOND BLVD**<br>**PO BOX 5010, SEC 230**<br>**CONCORD CA 94524-0010** | $2,378.27 | $91.15 |

_____2/9/10_____ /s/ SJK_____
          Date                               Stanley J. Kartchner, Trustee